## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| METROMEDIA STEAKHOUSES ) | |
| COMPANY, L.P., et al., ) | Case No. 08-12490 (MFW) |
| ) | |
| Debtors.[1] ) | |
| ) | Related to Docket No. ___ |
| ) | |

## ORDER AUTHORIZING THE RETENTION OF BRACEWELL & GIULIANI LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF GENERAL UNSECURED CREDITORS

Upon consideration of the Application of the Official Committee of General Unsecured Creditors (the "Committee") to retain Bracewell & Giuliani LLP ("Bracewell") to serve as counsel for the Committee (the "Application"), effective as of November 6, 2008; and upon consideration of the affidavit of Samuel M. Stricklin in support of the Application; and the Court being satisfied that Bracewell represents no interest adverse to the Committee in connection with this case; and notice of the Application being sufficient; and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved.

2. Pursuant to sections 328 and 1103 of the Bankruptcy Code, the Committee is authorized to employ and to retain Bracewell, effective as of November 6, 2008, to serve as its counsel in the above-captioned cases.

---

[1] The Debtors in these chapter 11 cases are Metromedia Steakhouses Company, L.P., a limited partnership organized and existing under the laws of Delaware ("MSC"), JOST Restaurant Financing, Inc., a corporation organized and existing under the laws of Delaware ("JOST"), Puerto Rico Ponderosa, Inc., a corporation organized and existing under the laws of Delaware and PON Realty I, Inc. a corporation organized and existing under the laws of Delaware ("PR Ponderosa").

3. Bracewell shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court and such other procedures as may be fixed by Order of this Court.

BY THE COURT:

Dated: Dec 19, 2008
Wilmington, Delaware

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

-2-