# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| METROMEDIA STEAKHOUSES COMPANY, | ) |
| L.P., a Delaware limited partnership, et al.,[1] | ) Case No. 08-12490 (MFW) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related Docket Nos. 611, 757, 769 and 885** |

## BLACKLINE OF THIRD AMENDED EXHIBIT 4 TO SUPPLEMENT TO DISCLOSURE STATEMENT FOR JOINT PLAN OF REORGANIZATION OF DEBTORS METROMEDIA STEAKHOUSES COMPANY, L.P.; JOST RESTAURANT FINANCING, INC.; PUERTO RICO PONDEROSA, INC.; AND PON REALTY I, INC. (DATED JUNE 19, 2009)

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Metromedia Steakhouses Company, L.P. (5822); JOST Restaurant Financing, Inc. (7808); Puerto Rico Ponderosa, Inc. (8438); and PON Realty I, Inc. (5595). The current mailing address for each of the Debtors is 3701 W. Plano Pkwy, Suite 200, Plano, Texas 75075. An order jointly administering these Cases has been entered.

# List of Assumed Leases (1), (2)

| # | Legal Entity | Store # | Address | City | State | Zip | Counterparty Landlord | Sub-Lease Tenant | Lease Expiration | Options | Annual Base Rent | Outstanding Rent Pre-Petition | Outstanding Tax Pre-Petition | Other Cure Amounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lease Assumptions | | | | | | | | | | | | | |
| 1 | METROMEDIA STEAKHOUSES COMPANY, L | 5 | Park Hills Plaza at Plank Rd. & Altoona Orchard Ave. | | PA | 16602 | CW Park Hills Plaza, LP | N/A | 04/16/13 | 3x5 | $116,135 | 0 | 0 | 0 |
| 2 | PON REALTY I, INC. | 178 | 2895 North Highway 67 | Florissant(St. Louis) | MO | 63033 | Roundhill Development, Inc.; RJR Investments, LLC; First Merchants Trust Company, N.A., as Executor of the C. Maxine Treece Estate & JPMorgan Chase Bank, N.A., TNA George Treece Marital Tr. B | N/A | 08/31/09 | None | $40,000 | 0 | 0 | 3,074 |
| 3 | METROMEDIA STEAKHOUSES COMPANY, L | 246 | 4175 South 76th Street | Greenfield | WI | 53220 | Fredrick J. Safer, Phyllis S. Safer and Miriam A. Gressel | N/A | 09/30/11 | 2x5 | $32,000 | 0 | 0 | 0 |
| 4 | PON REALTY I, INC. | 255 | 147 George Street | Oswego | NY | 13126 | Dr. James E. Riccelli-Partnership; Dr. Joseph A. Barry; Marie D. Barry, M.D. | N/A | 02/28/14 | 1x5 | $37,432 | 0 | 4,795 | 0 |
| 5 | PON REALTY I, INC. | 280 | 3713 Brewerton Road | North Syracuse | NY | 13212 | Drs. A. John Merola, Carmen A. Del Cippo and Armand J. Cincotta (c/o D.C.M. Development Co.) | N/A | 01/31/12 | None | $44,500 | 0 | 10,630 | 0 |
| 6 | METROMEDIA STEAKHOUSES COMPANY, L | 319 | 8000 Melton Road | Gary | IN | 46403 | Milton Corporation, Kenneth Goldberg | N/A | 04/30/13 | None | $29,400 | 0 | 45,194 | 0 |
| 7 | METROMEDIA STEAKHOUSES COMPANY, L | 386 | 9200 West Florissant Avenue | Ferguson | MO | 63136 | Lang Family Limited Partnership | N/A | 12/31/13 | None | $43,680 | 0 | 0 | 6,801 |
| 8 | METROMEDIA STEAKHOUSES COMPANY, L | 401 | 2020 Milton Avenue | Janesville | WI | 53545 | Cummings Limited Partnership | N/A | 09/20/08 | None | $41,760 | 0 | 0 | 0 |
| 9 | METROMEDIA STEAKHOUSES COMPANY, L | 414 | Uniontown Mall | Uniontown | PA | 15401 | Ben M. Jones III | N/A | 11/30/13 | 2x5 | $55,800 | 0 | 0 | 0 |
| 10 | PON REALTY I, INC. | 442 | 12450 St. Charles Rock Road | Bridgeton | MO | 63044 | Margaret Grelle | N/A | 05/15/13 | 1x5 | $78,000 | 0 | 1,789 | 0 |
| 11 | PON REALTY I, INC. | 443 | 602 Taywood Road | Englewood | OH | 45322 | DIANA JAFFE | N/A | 05/31/18 | 3x5 | $50,400 | 0 | 0 | 4,180 |
| 12 | PON REALTY I, INC. | 453 | 17345 Conneaut Lake Rd. | Meadville | PA | 16335 | Eleanor H. Davis/Trust | N/A | 10/31/13 | 3x5 | $38,400 | 0 | 16,594 | 0 |
| 13 | PON REALTY I, INC. | 534 | 4918 Airway Road | Dayton | OH | 45431 | Airway Shopping Center LLC | N/A | 04/30/14 | 1x5 | $40,757 | 18,168 | 6,789 | 0 |
| 14 | PON REALTY I, INC. | 578 | 3000 East Michigan Avenue | Jackson | MI | 49203 | Hillsborough Associates; c/o Kin Properties, Inc.-Sanford & Susan Sandelman | N/A | 08/31/14 | None | $41,400 | 0 | 14,752 | 0 |
| 15 | PON REALTY I, INC. | 596 | 1110 Lincolnway East | Chambersburg | PA | 17201 | Restaurant Realty Co. | N/A | 11/30/12 | None | $50,000 | 0 | 13,523 | 0 |
| 16 | PON REALTY I, INC. | 613 | Route 13 and Lime Hollow Ross-Cortland | Cortland | NY | 13045 | Frank Margari Realty | N/A | 10/31/12 | 1x5 | $34,225 | 0 | 5,402 | 0 |
| 17 | PON REALTY I, INC. | 662 | 224 Three-Springs Drive | Weirton | WV | 26062 | Starvaggi Industries Inc. | N/A | 04/30/14 | 2x5 | $42,000 | 0 | 9,091 | 376 |
| 18 | METROMEDIA STEAKHOUSES COMPANY, L | 665 | State and King Streets | Herkimer | NY | 13350 | TL F & J Enterprises, LLC | N/A | 12/31/11 | 1x5 | $40,000 | 0 | 8,331 | 0 |
| 19 | PON REALTY I, INC. | 674 | 1605 Wheeling Avenue | Glen Dale | WV | 26038 | Reilley's, Inc. | N/A | 10/31/11 | None | $25,000 | 0 | 29,487 | 0 |
| 20 | PON REALTY I, INC. | 679 | Athens Mall; 741 East State Street U.S. Hwy 50 | Athens | OH | 45701 | Chesapeake Realty, L.P. | N/A | 10/31/11 | None | $50,290 | 0 | 5,520 | 0 |
| 21 | PON REALTY I, INC. | 581 | 562 Washington Street | S. Attleboro | MA | 02703 | Brian G. Goldstein, Esq. as agent for Samuel Kolodny, et als | N/A | 12/31/14 | 1x5 | $48,000 | 0 | 389 | 0 |
| 22 | METROMEDIA STEAKHOUSES COMPANY, L | 825 | 2581 Freeport Road | Harmarville | PA | 15238 | Kratsa Properties | N/A | 10/31/14 | None | $65,000 | 0 | 15,397 | 0 |
| 23 | PON REALTY I, INC. | 873 | 27 Franklin Village Mall | Kittanning | PA | 16201 | Laurel of Kittanning | N/A | 07/31/10 | 1x5 | $24,450 | 5,964 | 7,696 | 0 |
| 24 | METROMEDIA STEAKHOUSES COMPANY, L | 1108 | 11470 S. Preston Highway | Louisville | KY | 40229 | 1992 Kentucky Bicentennial Trust | N/A | 12/31/13 | 3x5 | $107,578 | 0 | 3,446 | 0 |
| 25 | METROMEDIA STEAKHOUSES COMPANY, L | 3962 | 120 Sara Way | Belle Vernon | PA | 15012 | Gustine BV Assoc., Ltd. | N/A | 08/06/15 | 3x5 | $95,000 | 0 | 0 | 0 |
| 26 | METROMEDIA STEAKHOUSES COMPANY, L | 3964 | 1010 Trinity Circle | Washington | PA | 15301 | Washington Mall-JCP Associates, Ltd. | N/A | 03/23/20 | 2x5 | $110,000 | 0 | 0 | 0 |
| 27 | METROMEDIA STEAKHOUSES COMPANY, L | 740 | 333 Chestnut Street | Oneonta | NY | 13820 | CNL APF Partners, LP | N/A | 10/14/2014 | 3x5 | $101,718 | 53,402 | 0 | 0 |
| 28 | METROMEDIA STEAKHOUSES COMPANY, L | 752 | St. Regis Blvd. & Main St. (341 S. Main St.) | Massena | NY | 13662 | CNL APF Partners, LP | N/A | 10/14/2014 | 3x5 | $90,062 | 47,233 | 28,480 | 5,112 |
| 29 | METROMEDIA STEAKHOUSES COMPANY, L | 857 | 80 Hilltop Village Center | Eureka | MO | 63025 | CNL APF Partners, LP | N/A | 10/14/2014 | 3x5 | $112,313 | 58,964 | 15,397 | 0 |
| 30 | METROMEDIA STEAKHOUSES COMPANY, L | 930 | 406 Galleria Dr | Johnstown | PA | 15904 | CNL Funding 2000-A, LP | N/A | 6/16/2013 | 3x5 | $204,945 | 104,336 | 0 | 0 |
| 31 | METROMEDIA STEAKHOUSES COMPANY, L | 1005 | 4024 W. Irlo Bronson Highway | Kissimmee | FL | 34741 | CNL APF Partners, LP | N/A | 10/14/2014 | 3x5 | $166,880 | 95,789 | 16,292 | 0 |
| 32 | PON REALTY I, INC. | 646 | 1495 N. Clinton Street | Defiance | OH | 43512 | Pamela Lee Vreeland | N/A | 04/30/11 | None | $36,000 | 0 | 0 | 0 |
| 33 | METROMEDIA STEAKHOUSES COMPANY, L | 3963 | 1416 Indian Springs Rd. | Indiana | PA | 15701 | CNL APF Partners, LP | S.G.A., LLC | 10/27/2014 | 3x5 | $231,914 | 121,755 | 5,406 | 0 |
| 34 | PON REALTY I, INC. | 198 | 8548 Seneca Turnpike | New Hartford | NY | 13413 | Mary Baiamonte | N/A | 02/28/11 | None | $110,000 | 0 | 0 | 0 |
| 35 | PON REALTY I, INC. | 3001 | 600 North Koeller Road | Oshkosh | WI | 54901 | The Schwartzman Family Partnership | N/A | 02/28/10 | 1x5 | $52,500 | 0 | 13,135 | 144,690 |
| 36 | METROMEDIA STEAKHOUSES COMPANY, L | 5150 | 3701 W. Plano Parkway | Plano | TX | 75075 | Genbund Inc. | N/A | 08/31/11 | None | $300,000 | 0 | 0 | 55,840 |

(1) The Debtors reserve the right to add or delete any or all Assumed Contracts and Leases until the later of the Effective Date and the date the Court otherwise enters an order approving the assumption of any Assumed Contract or Lease or setting a Cure Amount. The Debtors seek to assume the Assumed Contracts and Leases to the extent such Contracts constitute executory contracts within the meaning of section 365(a) of the Bankruptcy Code. The Debtors reserve all rights with respect to the Assumed Contracts and Leases, including, without limitation, whether the affected Contracts remain executory.

(2) As the same may have been modified, amended and/or extended including in connection with the assumption and/or assignment of this lease or executory contract.

(3) The tenant's interest under each of these prime leases is being assumed by the Debtor and assigned to the subtenant, with the agreement and consent of the prime landlord and the subtenant. Upon such assumption and assignment, the sublease is rejected pursuant to the terms of the Plan.

# List of Assumed Leases (1),(2)

| | Legal Entity | Store # | Address | City | State | Zip | Counterparty Landlord | Sub-Lease Tenant | Lease Expiration | Options | Annual Base Rent | Outstanding Rent Pre-Petition | Outstanding Tax Pre-Petition | Other Cure Amounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Sub-Lease Assumptions** | | | | | | | | | | | | | |
| 1 | PON REALTY L INC. | 646 | 1495 N. Clinton Street | Defiance | OH | 43512 | N/A | S.G.A., LLC | 04/30/11 | None | $36,000 | 0 | 0 | 0 |
| | **Lease Assumptions and Assignment to Sub-Tenant (3)** | | | | | | | | | | | | | |
| 1 | PON REALTY L INC. | 168 | 1112 S. Military Avenue | Green Bay | WI | 54304 | The Schwartzman Family Partnership | First Wisconsin Food Systems, Inc. | 02/28/10 | None | $61,645 | 0 | 0 | 0 |
| 2 | PON REALTY L INC. | 187 | 11560 Princeton Rd., Tri-County Shopping Center | Cincinnati | OH | 45246 | Burger Chef Systems, Inc. | P187, LLC | 10/31/18 | None | $28,152 | 0 | 0 | 0 |
| 3 | PON REALTY L INC. | 253 | 8612 Pine Avenue | Niagara Falls | NY | 14304 | Amendola Enterprises, Inc. | Indus Foods, Inc. | 12/31/11 | 1x5 | $36,008 | 0 | 0 | 3,724 |
| 4 | PON REALTY L INC. | 459 | 3016 S. Scatterfield Road | Anderson | IN | 46016 | Armor Development Co. | CMR Partners, LLP | 11/30/14 | None | $39,131 | 0 | 0 | 0 |
| 5 | PON REALTY L INC. | 547 | 500 North Bridge Street | Chillicothe | OH | 45601 | RE-MAC Company | Mid-America Restaurant Ventures, Inc. | 01/31/14 | 1x5 | $40,000 | 0 | 0 | 0 |
| 6 | PON REALTY L INC. | 554 | 3312 Calumet Avenue | Manitowoc | WI | 54220 | Marohl Construction | First Wisconsin Food Systems, Inc. | 12/31/11 | 1x2 | $34,300 | 0 | 0 | 0 |
| 7 | PON REALTY L INC. | 585 | 273 Fairmont Avenue | Lakewood | NY | 14750 | Cosima Corporation | Indus Foods, Inc. | 10/31/09 | 2x5 | $42,625 | 0 | 14,672 | 0 |
| 8 | PON REALTY L INC. | 681 | St. Rt. 5 & U.S. Hwy. 20 | Geneva | NY | 14456 | 1973 Torres LLC | Indus Steakhouses, Inc. | 08/31/13 | None | $46,545 | 0 | 18,443 | 0 |
| 9 | PON REALTY L INC. | 694 | 12 Ellicott Street | Batavia | NY | 14020 | Cosima Corporation | Indus Foods, Inc. | 12/31/11 | 2x5 | $56,032 | 0 | 11,231 | 0 |
| 10 | PON REALTY L INC. | 704 | 218 Reynolds Road | Johnson City | NY | 13790 | JT Properties of NY, Inc. | Indus Steakhouses, Inc. | 05/31/12 | None | $45,000 | 0 | 20,576 | 0 |
| | **Total (All Assumed Leases)** | | | | | | | | | | | 506,561 | 285,590 | 220,073 |

(1) The Debtors reserve the right to add or delete any or all Assumed Contracts and Leases until the later of the Effective Date and the date the Court otherwise enters an order approving the assumption of any Assumed Contract or Lease or setting a Cure Amount. The Debtors seek to assume the Assumed Contracts to the extent such Contracts constitute executory contracts within the meaning of section 365(a) of the Bankruptcy Code. The Debtors reserve all rights with respect to the Assumed Contracts and Leases including, without limitation, whether the affected Contracts remain executory.

(2) As the same may have been modified, amended and/or extended including in connection with the assumption and/or assignment of this lease or executory contract.

(3) The tenant's interest under each of these prime leases is being assumed by the Debtor and assigned to the subtenant, with the agreement and consent of the prime landlord and the subtenant. Upon such assumption and assignment, the sublease is rejected pursuant to the terms of the Plan.

# Assumed Contract Exhibit (1), (2)

| Counterparty | Contract Date | Debtor | Description | Contract ID (if available) | Address 1 | Address 2 | City | State | Zip | Cure |
|---|---|---|---|---|---|---|---|---|---|---|
| Appert's Foodservice; MRS Management Company, L.P. | 11/1/2006 | Metromedia Steakhouses Company, LP | Master distribution agreement, as amended | | 436 Walnut Street | | Philadelphia | PA | 19106 | $ 29,500.02 |
| Aztec | 9/29/2008 | Metromedia Steakhouses Company, L.P. | Great Plains Accounting software | | 1345 Valwood Parkway | Suite 301 | Carrollton | TX | 75006 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1257 - Carolina Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Development agreement | International Development Agreement | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Letter agreement | | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1126 - Plaza Santa Rosa Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI0809 - Isla Verde Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI0830 - Hato Rey Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |

(1): The Debtors reserve the right to add or delete any or all Assumed Contracts and Leases until the later of the Effective Date and the date the Court otherwise enters an order approving the assumption of any Assumed Contract or Lease or setting a Cure Amount. The Debtors seek to assume the Assumed Contracts to the extent such Contracts constitute executory contracts within the meaning of section 365(a) of the Bankruptcy Code. The Debtors reserve all rights with respect to the Assumed Contracts and Leases including, without limitation, whether the effected Contracts remain executory.

(2): As the same may have been modified, amended and/or extended including in connection with the assumption and/or assignment of this lease or executory contract

## Assumed Contract Exhibit [1], [2]

| Counterparty | Contract Date | Debtor | Description | Contract ID (if available) | Address 1 | Address 2 | City | State | Zip | Cure |
|---|---|---|---|---|---|---|---|---|---|---|
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI10879 - Bayamon Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1044 - Rexville Plaza Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1066 - Guaynabo Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1099 - Plaza Los Americas Mall Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1137 - Caguas Conns Mall Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1208 - Calle San Carlos Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1250 - Plazolet del Condado Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1251 - Ponce By-Pass Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |

(1): The Debtors reserve the right to add or delete any or all Assumed Contracts and Leases until the later of the Effective Date and the date the Court otherwise enters an order approving the assumption of any Assumed Contract or Lease or setting a Cure Amount. The Debtors seek to assume the Assumed Contracts to the extent such Contracts constitute executory contracts within the meaning of section 365(a) of the Bankruptcy Code. The Debtors reserve all rights with respect to the Assumed Contracts and Leases including, without limitation, whether the effected Contracts remain executory.

(2): As the same may have been modified, amended and/or extended including in connection with the assumption and/or assignment of this lease or executory contract.

## Assumed Contract Exhibit [1],[2]

| Counterparty | Contract Date | Debtor | Description | Contract ID (if available) | Address 1 | Address 2 | City | State | Zip | Cure |
|---|---|---|---|---|---|---|---|---|---|---|
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1252 - Mayaguez/Mall Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1253 - Carretera Estatal Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1067 - Rio Piedras Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 12/13/2003 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI4525 - PONDEROSA EXPRESS - PLAZA CAROLINA | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 8/11/2003 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI4517 - Vega Alta | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 12/5/2002 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI4516 - Plaza del Sol Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 3/31/2002 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI4513 - Rio Hondo | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 8/31/2001 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI4512 - Ponce Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |

(1): The Debtors reserve the right to add or delete any or all Assumed Contracts and Leases until the later of the Effective Date and the date the Court otherwise enters an order approving the assumption of any Assumed Contract or Lease or setting a Cure Amount. The Debtors seek to assume the Assumed Contracts to the extent such Contracts constitute executory contracts within the meaning of section 365(a) of the Bankruptcy Code. The Debtors reserve all rights with respect to the Assumed Contracts and Leases including, without limitation, whether the effected Contracts remain executory.

(2): As the same may have been modified, amended and/or extended including in connection with the assumption and/or assignment of this lease or executory contract.

# Assumed Contract Exhibit [1],[2]

| Counterparty | Contract Date | Debtor | Description | Contract ID (if available) | Address 1 | Address 2 | City | State | Zip | Cure |
|---|---|---|---|---|---|---|---|---|---|---|
| BMJ Foods P.R., Inc. | 7/7/2000 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI4511 - Dorado Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 7/7/2000 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI4510 - Barceloneta | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 2/18/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI4500 - Cayey, Puerto Rico | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 10/21/2002 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI4515 - Las Catalinas | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1254 - Carrizales Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1255 - Plaza Isabela Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1256 - Humacao Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONFI1258 - Sabaneta Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |

---

(1): The Debtors reserve the right to add or delete any or all Assumed Contracts and Leases until the later of the Effective Date and the date the Court otherwise enters an order approving the assumption of any Assumed Contract or Lease or setting a Cure Amount. The Debtors seek to assume the Assumed Contracts to the extent such Contracts constitute executory contracts within the meaning of section 365(a) of the Bankruptcy Code. The Debtors reserve all rights with respect to the Assumed Contracts and Leases including, without limitation, whether the effected Contracts remain executory.

(2): As the same may have been modified, amended and/or extended including in connection with the assumption and/or assignment of this lease or executory contract.

# Assumed Contract Exhibit (1), (2)

| Counterparty | Contract Date | Debtor | Description | Contract ID (if available) | Address 1 | Address 2 | City | State | Zip | Cure |
|---|---|---|---|---|---|---|---|---|---|---|
| BMJ Foods P.R., Inc. | 1/1/1999 | Metromedia Steakhouses Company, L.P.; Puerto Rico Ponderosa, Inc. | Franchise agreement | PONF11259 - San Anton Ponderosa | P. O. Box 4963 | | Caguas | | 00726 | $ 0 |
| Bonanza Restaurant Company | 8/9/1994 | Metromedia Steakhouses Company, L.P. | Management agreement regarding franchise operations and field support, marketing, credit and collections support | | 3701 W. Plano Parkway | Suite 200 | Plano | TX | 75075 | $ 0 |
| Bonanza Restaurant Company | 8/9/1994 | Metromedia Steakhouses Company, L.P. | License agreement granting intellectual property rights | | 3701 W. Plano Parkway | Suite 200 | Plano | TX | 75075 | $ 0 |
| Class Action Refund LLC; MRS Management Co. LP | 10/25/2005 | Metromedia Steakhouses Company, L.P. | Vendor Masterlease, August Settlement agency agreement | | 151 Montgomery Avenue | | Scarsdale | NY | 10583 | $ 0 |
| Clay Robbins; Metromedia Company | 10/7/2008 | Metromedia Steakhouses Company, L.P. | Indemnification agreement - Clay Robbins | | 3701 W. Plano Parkway | Suite 200 | Plano | TX | 75075 | $ 0 |
| Connecticut General Life Insurance Company | 8/1/2008 | Metromedia Steakhouses Company, L.P. | Hourly employee optional health insurance | SBC-1213TX | 900 cottage Grove Road | | Hartford | CT | 6152 | $ 0 |

(1): The Debtors reserve the right to add or delete any or all Assumed Contracts and Leases until the later of the Effective Date and the date the Court otherwise enters an order approving the assumption of any Assumed Contract or Lease or setting a Cure Amount. The Debtors seek to assume the Assumed Contracts to the extent such Contracts constitute executory contracts within the meaning of section 365(a) of the Bankruptcy Code. The Debtors reserve all rights with respect to the Assumed Contracts and Leases including, without limitation, whether the effected Contracts remain executory.

(2): As the same may have been modified, amended and/or extended including in connection with the assumption and/or assignment of this lease or executory contract.

# Assumed Contract Exhibit (1), (2)

| Counterparty | Contract Date | Debtor | Description | Contract ID (if available) | Address 1 | Address 2 | City | State | Zip | Cure |
|---|---|---|---|---|---|---|---|---|---|---|
| Edward Don & Company; MRS Management Company, LP. | 10/28/2004 | Metromedia Steakhouses Company, LP | Agreement for designated distributor to perform purchasing, warehousing, and distribution functions, as amended | | 2500 S. Harlem Avenue | Attn: VP of National Accounts | North Riverside | IL | 60546 | $ 59,067.37 |
| Erie Ponderosa Media Services, LLC | 1/1/2005 | Metromedia Steakhouses Company, L.P. | Cooperative Operating Agreement | | One Armstrong Place | | Butler | PA | 16001 | $ 0 |
| Erie Ponderosa Media Services, LLC | 1/1/2005 | Metromedia Steakhouses Company, L.P. | Cooperative Advertising Agreement | | One Armstrong Place | | Butler | PA | 16001 | $ 0 |
| Genband Inc | 9/30/2008 | Metromedia Steakhouses Company, L.P. | New RSC office lease | | 3605 E. PLANO PARKWAY | SUITE 100 | PLANO | TX | 75074 | $ 0 |
| Indiana Logo Sign Group | 7/1/2005 | Metromedia Steakhouses Company, L.P. | Chicago-319 (Company Logos) | | Ripley Street, Exit 15B/16, I-94 | PO BOX 501345 | INDIANAPOLIS | IN | 46250 | $ 1,608.00 |

(1): The Debtors reserve the right to add or delete any or all Assumed Contracts and Leases until the later of the Effective Date and the date the Court otherwise enters an order approving the assumption of any Assumed Contract or Lease or setting a Cure Amount. The Debtors seek to assume the Assumed Contracts to the extent such Contracts constitute executory contracts within the meaning of section 365(a) of the Bankruptcy Code. The Debtors reserve all rights with respect to the Assumed Contracts and Leases including, without limitation, whether the effected Contracts remain executory.

(2): As the same may have been modified, amended and/or extended including in connection with the assumption and/or assignment of this lease or executory contract.

# Assumed Contract Exhibit [1],[2]

| Counterparty | Contract Date | Debtor | Description | Contract ID (if available) | Address 1 | Address 2 | City | State | Zip | Cure |
|---|---|---|---|---|---|---|---|---|---|---|
| Life Insurance Company of America | 8/1/2008 | Metromedia Steakhouses Company, L.P. | Short term disability income employee insurance policy and plan | | 1601 Chestnut Street | | Philadelphia | PA | 19192 | $ 0 |
| Life Insurance Company of America | 8/1/2008 | Metromedia Steakhouses Company, L.P. | Short term disability Claim Consulting Agreement | SHD-500022 | 1601 Chestnut Street | | Philadelphia | PA | 19192 | $ 0 |
| Life Insurance Company of America | 8/1/2008 | Metromedia Steakhouses Company, L.P. | Long term disability employee insurance policy and plan | VDT-600047 | 1601 Chestnut Street | | Philadelphia | PA | 19192 | $ 0 |
| Life Insurance Company of America | 7/1/1989 | Metromedia Steakhouses Company, L.P. | Group Life Insurance Policy | FL-014182 | 1601 Chestnut Street | | Philadelphia | PA | 19193 | $ 0 |
| Life Insurance Company of America | 1/1/2006 | Metromedia Steakhouses Company, L.P. | Business and Personal Accident Insurance Policy | ok-961050 | 1601 Chestnut Street | | Philadelphia | PA | 19193 | $ 0 |
| Louisville Ponderosa CO-OP, LLC | 1/1/2004 | Metromedia Steakhouses Company, L.P. | Louisville Ponderosa advertising co-op Operating Agreement | | 8383 Craig Street, Suite 288 | | Indianapolis | IN | 46250 | $ 0 |
| MacDonald Media | 4/4/2008 | Metromedia Steakhouses Company, L.P. | Market: Gary, IN | #3064; 1-80/94 @ 1401 Ripley St. NSFE | 1 WEST 37TH STREET | 5TH FLOOR | NEW YORK | NY | 10018 | $ 9,588.60 |
| Marvin F. Poer & Company | 1/1/2008 | Metromedia Steakhouses Company, L.P. | Tax Service Fee agreement | | 12700 Hillcrest Road | Suite 125 | Dallas | TX | 75230 | $ 5,145.00 |

(1): The Debtors reserve the right to add or delete any or all Assumed Contracts and Leases until the later of the Effective Date and the date the Court otherwise enters an order approving the assumption of any Assumed Contract or Lease or setting a Cure Amount. The Debtors seek to assume the Assumed Contracts to the extent such Contracts constitute executory contracts within the meaning of section 365(a) of the Bankruptcy Code. The Debtors reserve all rights with respect to the Assumed Contracts and Leases including, without limitation, whether the effected Contracts remain executory.

(2): As the same may have been modified, amended and/or extended including in connection with the assumption and/or assignment of this lease or executory contract.

## Assumed Contract Exhibit (1), (2)

| Counterparty | Contract Date | Debtor | Description | Contract ID (if available) | Address 1 | Address 2 | City | State | Zip | Cure |
|---|---|---|---|---|---|---|---|---|---|---|
| Pennsylvania State University | 10/1/2007 | Metromedia Steakhouses Company, L.P. | Merchant agreement (LionCash+ Program) unit 0008 | | 103 HUB-Robeson Center | | University Park | PA | 16802 | $ 0 |
| Pepsi-Cola Fountain Company, Inc.; S&A Restaurant Corp. | 1/1/2005 | Metromedia Steakhouses Company, L.P. | Fountain beverage sales agreement | | 700 Anderson Hill Road | | Purchase | NY | 10577 | $ 0 |
| Ponderosa Franchising Company | 8/9/1994 | Metromedia Steakhouses Company, L.P. | Management agreement regarding franchise operations and field support, marketing, credit and collections support | | 3701 W. Plano Parkway | Suite 200 | Plano | TX | 75075 | $ 0 |
| Ponderosa Franchising Company | 8/9/1994 | Metromedia Steakhouses Company, L.P. | License agreement granting intellectual property rights | | 3701 W. Plano Parkway | Suite 200 | Plano | TX | 75075 | $ 0 |
| Reinhart Foodservice, L.L.C.; MRS Management Company, LP | 4/23/2007 | Metromedia Steakhouses Company, L.P. | Master distribution agreement | | 1500 St. James Street | | La Cross | WI | 45602 | $ 4,940.30 |
| Renzi Brothers; MRS Management Company, LP | 4/2/2007 | Metromedia Steakhouses Company, L.P. | Master distribution agreement | | PO BOX 23 | | WATERTOWN | NY | 13601 | $ 83,854.23 |
| Rewards Network Establishment Services, Inc. | 8/30/2007 | Metromedia Steakhouses Company, L.P. | Dining credits program agreement | | Two North Riverside Plaza | Ste 950 | Chicago | IL | 60606 | $ 9,811.95 |

(1): The Debtors reserve the right to add or delete any or all Assumed Contracts and Leases until the later of the Effective Date and the date the Court otherwise enters an order approving the assumption of any Assumed Contract or Lease or setting a Cure Amount. The Debtors seek to assume the Assumed Contracts to the extent such Contracts constitute executory contracts within the meaning of section 365(a) of the Bankruptcy Code. The Debtors reserve all rights with respect to the Assumed Contracts and Leases including, without limitation, whether the effected Contracts remain executory.

(2): As the same may have been modified, amended and/or extended including in connection with the assumption and/or assignment of this lease or executory contract.

## Assumed Contract Exhibit [1], [2]

| Counterparty | Contract Date | Debtor | Description | Contract ID (if available) | Address 1 | Address 2 | City | State | Zip | Cure |
|---|---|---|---|---|---|---|---|---|---|---|
| Richard A. Frank; S&A Restaurant Corp.; Metromedia Company | 4/21/2008 | Metromedia Steakhouses Company, L.P. | Indemnification agreement - Richard Frank | | 3701 W. Plano Parkway | Suite 200 | Plano | TX | 75075 | $ 0 |
| Robert Hoffman; Metromedia Company | 10/7/2008 | Metromedia Steakhouses Company, L.P. | Indemnification agreement - Robert Hoffman | | 3701 W. Plano Parkway | Suite 200 | Plano | TX | 75075 | $ 0 |
| St. Louis DMA Advertising Co-Op | 12/30/2003 | Metromedia Steakhouses Company, L.P. | Cooperative Advertising Agreement | | 9 Gateway Drive | | Collinsville | IL | 62234 | $15,084.58 |
| St. Louis DMA Ponderosa Advertising Co-Op | 12/30/2003 | Metromedia Steakhouses Company, L.P. | Agreement of Association | | 9 Gateway Drive | | Collinsville | IL | 62234 | $ 0 |
| Tamara Jones; S&A Restaurant Corp.; Metromedia Company | 4/28/2008 | Metromedia Steakhouses Company, L.P. | Indemnification agreement - Tamara Jones | | 3701 W. Plano Parkway | Suite 200 | Plano | TX | 75075 | $ 0 |
| Telestar Direct, LLC | | Metromedia Steakhouses Company, L.P. | Advertising services agreement, as amended | | 4601 Malsbary Road | | Cincinnati | OH | 45242 | $195,207.00 |
| tw telecom holdings Inc (TWTC) | 8/1/2008 | Metromedia Steakhouses Company, L.P. | Internet Services agreement | | 2805 N. Dallas Parkway | Suite 140 | Plano | TX | 75093 | $ 0 |
| United Health Care | 8/1/2008 | Metromedia Steakhouses Company, L.P. | Employee Healthcare Group Policy; GA-715004 | 654651 - 09-01-2008 | 450 Columbus Blvd. | | Hartford | CT | 06103 | $ 0 |

---

(1): The Debtors reserve the right to add or delete any or all Assumed Contracts and Leases until the later of the Effective Date and the date the Court otherwise enters an order approving the assumption of any Assumed Contract or Lease or setting a Cure Amount. The Debtors seek to assume the Assumed Contracts to the extent such Contracts constitute executory contracts within the meaning of section 365(a) of the Bankruptcy Code. The Debtors reserve all rights with respect to the Assumed Contracts and Leases including, without limitation, whether the effected Contracts remain executory.

(2): As the same may have been modified, amended and/or extended including in connection with the assumption and/or assignment of this lease or executory contract.

Page 9

# Assumed Contract Exhibit [1], [2]

| Counterparty | Contract Date | Debtor | Description | Contract ID (if available) | Address 1 | Address 2 | City | State | Zip | Cure |
|---|---|---|---|---|---|---|---|---|---|---|
| United Health Care | 8/1/2008 | Metromedia Steakhouses Company, L.P. | Dental PPO Group Policy; GA-715004 | 655209 GA-715004 | 450 Columbus Blvd. | | Hartford | CT | 06103 | $ 0 |
| Vision Service Plan Insurance Company | 8/1/2008 | Metromedia Steakhouses Company, L.P. | Group Vision Care Policy; Group Number 30009924 | Policy Number 30009924 | 333 Quality Drive | | Rancho Cordova | CA | 95670 | $ 0 |

(1): The Debtors reserve the right to add or delete any or all Assumed Contracts and Leases until the later of the Effective Date and the date the Court otherwise enters an order approving the assumption of any Assumed Contract or Lease or setting a Cure Amount. The Debtors seek to assume the Assumed Contracts to the extent such Contracts constitute executory contracts within the meaning of section 365(a) of the Bankruptcy Code. The Debtors reserve all rights with respect to the Assumed Contracts and Leases including, without limitation, whether the effected Contracts remain executory.

(2): As the same may have been modified, amended and/or extended including in connection with the assumption and/or assignment of this lease or executory contract.