# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | Metromedia Steakhouses Company, L.P., a Delaware Limited Partnership |
| **Case Number:** | 08-12490-MFW       **Chapter:**  11 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 09, 2011 11:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### Matters:

**1)** Claims (7th & 14th) - Moved from 8/2 at counsel's request
  **R / M #:**   1,288 / 0

**2)** Motion for Final Decree
  **R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Agenda Matters:
  Item 1 - Order entered
  Item 2 - Order entered
  Item 3 - Settled
  Item 4 - Order entered